UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER RODGERICK LEWIS,<br><br>Defendant. | CASE NO. MJ26-497<br><br>DETENTION ORDER |

Offense charged: Sex Trafficking of a Child or by Force, Fraud, or Coercion; Transportation of a Minor with Intent to Engage in Prostitution

Date of Detention Hearing: September 9, 2026.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with committing an offense involving a victim under the age of 18. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk under 18 U.S.C. § 3142(e).

2. Defendant has a lengthy criminal record, including an extensive history of failures to appear with warrant activity, including active warrants. Defendant has repeatedly violated the conditions of supervision for convictions in state as well as federal court. His criminal record in this Court includes a conviction for Human Trafficking. His proposed release plan is not viable due to the presence of a minor in the home. He lacks stable employment.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 9th day of September, 2026.

Mary Alice Theiler
United States Magistrate Judge