UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>CHRISTOPHER LEWIS,<br><br>Defendant. | CASE NO. 2:26-cr-00186-LK<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE |

This matter comes before the Court on Defendant Christopher Lewis's Unopposed Motion to Continue Trial Date. Dkt. No. 26. The Government does not oppose this request. *Id.* at 1.

On September 3, 2026, Mr. Lewis was arrested and ordered detained by Magistrate Judge Brian A. Tsuchida. Dkt. No. 7. On September 30, 2026, a grand jury indicted Mr. Lewis on one count of Sex Trafficking of a Child, in violation of 18 U.S.C. §§ 1591(a)(1), (b)(2), (c), and one count of Transportation of a Minor with Intent to Engage in Prostitution, in violation of 18 U.S.C. § 2423(a). Dkt. No. 15. At his arraignment on October 15, 2026, he pleaded not guilty to the charges and was remanded to custody. Dkt. No. 23. The Court scheduled trial for December 7, 2026, with

pretrial motions due by November 5, 2026. *Id.* On October 22, 2026, Magistrate Judge Michelle L. Peterson granted Mr. Lewis's request to substitute counsel. Dkt. No. 25.

Mr. Lewis seeks a continuance of the trial date to "to August 2, 2027 or later," with a pretrial motions deadline "no later than six weeks prior to the trial date." Dkt. No. 26 at 1, 4. He seeks this continuance to provide his new defense counsel with additional time to "review discovery," consisting of "1126 bates stamped pages, surveillance footage, audio interviews, pole camera footage, a Cellebrite phone extraction, and photos," and to "consult with [Mr. Lewis], have an opportunity to engage in plea negotiations," "draft pretrial motions," and "prepare for trial." Dkt. No. 26 at 2. He requests the trial continuance "because his attorney cannot be effective at trial given the amount and complexity of discovery, and the current trial date." *Id.* at 4. Mr. Lewis has signed a waiver of speedy trial through August 30, 2027. Dkt. No. 27.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Mr. Lewis in any speedier trial. The Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice by denying Mr. Lewis's counsel the reasonable time necessary to obtain and review discovery, to investigate the matter, to gather evidence material to the defense, and to prepare for trial, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). The Court further finds that the additional time granted herein is a reasonable period of delay and will be necessary to provide counsel reasonable time to accomplish the above tasks.

For these reasons, the Court GRANTS the motion and ORDERS that trial in this matter shall be continued to August 2, 2027. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which Mr. Lewis's trial must commence under the Speedy Trial Act. Pretrial motions, including but not limited to motions in limine, are due by June

21, 2027. If expert testimony is anticipated, the parties must propose a date prior to trial (either at or before the pretrial conference) for a Daubert hearing.

Dated this 9th day of November, 2026.

Lauren King
United States District Judge